UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TENA WILLIAMS </br></br> Plaintiff </br></br> v. </br></br> J.C. CHRISTENSEN & ASSOCIATES, INC. </br> Defendant | CIVIL ACTION </br></br></br></br></br></br> DECEMBER 11, 2009 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. The plaintiff, Tena Williams, is a natural person residing in South Windsor, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, J.C. Christensen & Associates, Inc. ("JC"), is a corporation with offices in Minnesota and Nebraska and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

## III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over JC, because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. JC contacted Plaintiff on or about October 21, 2009 in an attempt to collect a consumer debt, and during that call, Plaintiff referred JC to her attorney and attempted to give JC her attorney's contact information, but the JC representative refused to take her attorney's contact information and instead kept asking Plaintiff questions about whether she intended to file for bankruptcy.

8. JC telephoned Plaintiff on or about October 30, 2009 and left an automated message on her phone. Plaintiff returned that call and spoke with a JC representative who asked her whether she would be making a payment on the account and whether she was filing for bankruptcy.

## V. CLAIMS FOR RELIEF
### CAUSE OF ACTION
**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.**

9. Plaintiff incorporates Paragraphs 1-8.

10. JC violated the FDCPA by refusing to accept Plaintiff's attorney's contact information.

2

11. JC further violated the FDCPA by continuing to ask Plaintiff about her bankruptcy status even though Plaintiff had already given JC contact information or attempted to give JC contact information for her attorney.

12. For JC's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover her actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFF, TENA WILLIAMS

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457