UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TENA WILLIAMS**     ) | **CIVIL ACTION NO.** |
|        **Plaintiff**          ) | **3:09CV2030(MRK)** |
| **v.**                             ) | |
|                                       ) | |
| **J.C. CHRISTENSEN & ASSOCIATES, INC.**  ) | |
|        **Defendant**      ) | |
|                                       ) | **JANUARY 22, 2010** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Tena Williams, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff, Tena Williams**

By/s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 22nd day of January, 2010, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

J.C. Christensen & Associate, Inc.
c/o Michael A. Klutho, Esq.
Bassford Remele
33 South Sixth Street, Suite 3800
Minneapolis, MN  55402-3707

            /s/Daniel S. Blinn
            Daniel S. Blinn